UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-2675, 22-2676, 22-2677, 22-2678, 22-2679, 22-2680**

APEX CONSTRUCTION CO INC; et al.
v.
UNITED STATES VIRGIN ISLANDS

(D.V.I. No. 3-21-cv-00039)

**ORDER**

At the direction of the Court, counsel are instructed to file letters pursuant to F.R.A.P. 28(j) addressing whether the tax comity doctrine should apply when seeking monetary relief. Letters shall be filed jointly no later than May 15, 2023 and not exceed 5 pages. Responses shall be filed no later than May 18, 2023 and not exceed 2 pages.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: 5/10/2023
AR/cc: All Counsel of Record