OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 19, 2023

Joseph A. DiRuzzo III, Esq.
Michael R. Francisco, Esq.
Daniel M. Lader, Esq.

RE: Apex Construction Co Inc v. United States Virgin Islands
Case Number: 22-2675/22-2676/22-2677/22-2678/22-2679/22-2680
District Court Case Number: 3-21-cv-00039

Dear Counsel:

The Court requests that counsel be prepared to discuss the case of Quackenbush v. Allstate Ins. Co., 517 U.S. 706 (1996) during oral argument in this appeal.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932